**Honorable Judge Tiffany M. Cartwright**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; MAKAYMAX INC., a Washington corporation; BRANDON REED, individually, BRIAN and KERRI ADOPLH, a married couple,<br><br>　　　　Defendant.<br>BRIAN and KERRI ADOLPH, a married couple,<br><br>　　　　Counterclaim and Third-Party Plaintiffs,<br><br>　　vs.<br><br>RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,<br><br>　　　　Third-Party Defendants. | No. 2:23-cv-00725-TMC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CERTAIN PRE-TRIAL DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**March 12, 2025** |

## STIPULATION AND MOTION

The parties to the above-referenced matter stipulate and agree to move the Court for an Order continuing certain pre-trial deadlines, without changing the October 2025 trial date or the

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CERTAIN
PRE-TRIAL DEADLINES – 1
NO. 2:23-CV-00725-TMC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4915-9360-2594, v. 1

June 2025 deadline for dispositive motions filing. In 2024, over 15,000 pages were produced in discovery. In January and February 2025, written notices of intent and seventeen (17) subpoenas for depositions were issued. The parties made collective efforts to secure witness availability sufficiently before the March 24, 2025, deadline for expert reports, because the parties reasonably anticipated the expert reports would contain opinions based on testimony taken in those depositions. In late-February 2025, as the parties' communications with multiple witnesses continued, all parties' counsel met and conferred by video conference to confirm their agreed scheduling of several subpoenaed depositions. Counsel jointly concluded that only the following Current Deadlines would need to be rescheduled, due to insufficient availability of many witness and/or of counsel for all the subpoenaed proceedings in this complex matter.

The parties do not anticipate a need for continuance of any other deadlines such as the dispositive motions filing date, and the proposed amendments do not require moving the trial date. The parties propose *only* the following amended deadlines:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | March 24, 2025 | May 12, 2025 |
| Disclosure of rebuttal expert testimony | 30 days after disclosure under FRCP 26(a)(2)(D)(ii) | June 2, 2025 |
| All motions related to discovery must be filed by (see LCR 7(d)) | April 23, 2025 | June 9, 2025 |
| Discovery completed by | May 23, 2025 | June 30, 2025 |

All other deadlines shall remain the same as identified in Dkt. No. 37. Order Setting Jury Trial and Pretrial Dates.

//

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CERTAIN
PRE-TRIAL DEADLINES – 2
NO. 2:23-CV-00725-TMC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4915-9360-2594, v. 1

RESPECTFULLY SUBMITTED this 12th day of March, 2025.

| FORSBERG & UMLAUF, P.S. | ALBERT LAW PLLC |
|---|---|
| *s/ Michael D. Handler*<br>Michael D. Handler, WSBA No. 25654<br>Daniel L. Syhre, WSBA No. 34158<br>Forsberg & Umlauf, P.S. 901 Fifth Avenue, Suite 1400 Seattle, Washington 98164<br>Telephone: 206.689.8500<br>Email: mhandler@foum.law<br>     dsyhre@foum.law | *s/ Christopher E. Love (Per Email Authorization)*<br>Gregory W. Albert, WSBA No. 42673<br>Tallman H. Trask, WSBA No. 60280<br>3131 Western Avenue, Suite 410<br>Seattle, Washington 98121<br>Telephone: 206.340.1000<br>Email: greg@albertlawpllc.com<br>     tallman@albertlawpllc.com |
| and | and |
| COZEN O'CONNOR | PFAU COCHRAN VERTETIS AMALA PLLC |
| *s/ Michael D. Handler(Per Email Authorization)*<br>Kevin A. Michael, WSBA No. 36976<br>Sarah P. Pozzi, WSBA No. 55744<br>999 Third Avenue, Suite 1900 Seattle, Washington 98104<br>Telephone: 206.340.1000<br>Email: kmichael@cozen.com<br>     spozzi@cozen.com<br>*Attorneys for Plaintiff and Counterclaim Defendant General Casualty Company of Wisconsin* | *s/ Christopher E. Love (Per Email Authorization)*<br>Darrel L. Cochran, WSBA No. 22851<br>Thomas B. Vertetis, WSBA No. 29805<br>Christopher E. Love, WSBA No. 42832<br>909 A Street, Suite 700<br>Tacoma, Washington 98402<br>Telephone: 206.576.8044<br>Email: darrell@pcvalaw.com<br>tom@pcvalaw.com<br>chris@pcvalaw.com<br>*Attorneys for Reed Hein & Associates, LLC d/b/a Timeshare Exit Team; Makaymax, Inc.; Brandon Reed; Brian Adolph and Kerri Adolph* |
| SCHEER.LAW PLLC | |
| *s/ Jennifer L. Crow (Per Email Authorization)*<br>Jennifer L. Crow, WSBA No. 43746<br>715 SW Morrison St, Ste 912<br>Portland, OR 97205<br>Telephone: 206.800.4070<br>Email:jen@scheer.law<br>*Attorney for Third-Party Defendants RSUI Group, Inc.; and RSUI Indemnity Company, Inc.* | |

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CERTAIN PRE-TRIAL DEADLINES – 3
NO. 2:23-CV-00725-TMC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4915-9360-2594, v. 1

**ORDER**

Pursuant to the foregoing stipulation of the parties, the Court directs the Clerk to enter a minute order reflecting the new trial date and generate an amended case schedule.

IT IS SO ORDERED.

Dated this __ day of _____, 2025.

_____
JUDGE TIFFANY M. CARTWRIGHT

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CERTAIN PRE-TRIAL DEADLINES – 4
NO. 2:23-CV-00725-TMC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4915-9360-2594, v. 1