UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; MAKAYMAX, INC., a Washington corporation; BRANDON REED, individually, BRIAN and KERRI ADOLPH, a married couple,<br><br>　　　　Defendants.<br> | No. 2:23-cv-00725-TMC<br><br>**STIPULATED MOTION AND ORDER EXTENDING CERTAIN PRE-TRIAL DEADLINES** |
| BRIAN and KERRI ADOLPH, a married couple,<br><br>　　　　Counterclaim and Third-Party Plaintiffs,<br><br>　　v.<br><br>RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,<br><br>　　　　Third-Party Defendants. | |

Stipulated Motion and Order Extending
Certain Pre-Trial Deadlines Order - 1
Case No. 2:23-cv-00725-TMC

## STIPULATED MOTION

The parties to the above-referenced matter stipulate and agree to move the Court for an Order continuing certain pretrial deadlines by 28 days, without changing the March 23, 2026 trial date or the November 24, 2025 deadline for dispositive motions filing. In 2024, over 15,000 pages were produced in discovery. In January and February 2025, written notices of intent and seventeen (17) subpoenas for depositions were issued. In June 2025, another 220 documents were produced by non-party fact witness and general outside counsel to Reed Hein, Panda Kroll, in anticipation of her deposition, which was held on June 23, 2025. As of the date of this filing, substantial additional production from other non-party entities in the underwriting process is expected in August and/or early September 2025. Moreover, and also as of the date of this filing, the parties are actively working toward scheduling the depositions of certain witnesses associated with these non-party entities in the underwriting process. These depositions cannot be scheduled prior to September 2025.

The undersigned counsel jointly concluded that only the following Current Deadlines would need to be rescheduled, due to insufficient availability of multiple witnesses and/or of counsel for all the subpoenaed proceedings in this complex matter, for production and review of non-party responsive materials that are forthcoming, as well as for additional time for the parties' expert witnesses to assess the evidence from these productions and deposition proceedings.

The parties do not anticipate a need for continuance of any other deadlines such as the dispositive motions filing date, and the proposed amendments do not require moving the trial date. The parties propose *only* the following amended deadlines.

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | August 25, 2025 | September 22, 2025 |
| Disclosure of rebuttal expert testimony | September 24, 2025 | October 22, 2025 |
| All motions related to discovery must be filed by (see LCR 7(d)) | September 24, 2025 | October 22, 2025 |
| Discovery completed by | October 24, 2025 | November 21, 2025 |

The parties agree that all other deadlines can remain the same as identified in Dkt. No. 47. Order Setting Jury Trial and Pretrial Dates.

DATED this 20th day of August, 2025.

| COZEN O'CONNOR | ALBERT LAW PLLC |
|---|---|
| By: /s/ Michael D. Handler<br>Kevin A. Michael, WSBA No. 36976<br>999 Third Avenue, Suite 1900<br>Seattle, Washington 98104<br>Telephone: 206.340.1000<br>Email: kmichael@cozen.com | By: /s/ Christopher E. Love<br>Gregory W. Albert, WSBA No. 42673<br>3131 Western Avenue, Suite 410<br>Seattle, Washington 98121<br>Telephone: 206.576.8044<br>Email: greg@albertlawpllc.com<br>tallman@albertlawpllc.com |
| and | and |
| Michael D. Handler, WSBA No. 25654<br>Daniel L. Syhre, WSBA No. 34158<br>Sarah Pozzi, WSBA No. 55744<br>Forsberg & Umlauf, P.S.<br>401 Union St., Suite 1400<br>Seattle, WA 98101<br>Telephone: 206.689.8500<br>Email: mhandler@foum.law<br>dsyhre@foum.law<br>spozzi@foum.law | Darrel L. Cochran, WSBA No. 22851<br>Thomas B. Vertetis, WSBA No. 29805<br>Christopher E. Love, WSBA No. 42832<br>William McClure, WSBA No. 54622<br>Pfau Cochran Vertetis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, Washington 98402<br>Email: darrell@pcvalaw.com<br>tom@pcvalaw.com<br>chris@pcvalaw.com |
| *Attorneys for Plaintiff and Counterclaim Defendant General Casualty Company of Wisconsin* | *Attorneys for Reed Hein & Associates, LLC d/b/a Timeshare Exit Team; Makaymax, Inc.; Brandon Reed; Brian Adolph and Kerri Adolph* |

1   SCHEER.LAW PLLC

2

3   By: /s/ Jennifer L. Crow
       Jennifer L. Crow, WSBA No. 43746
4      2101 Fourth Avenue, Suite 830
       Seattle, Washington 98121
       Telephone: 206.800.4070
5      Email:    jen@scheer.law
    *Attorney for Third-Party Defendants RSUI
6   Group, Inc.; and RSUI Indemnity Company,
    Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulated Motion and Order Extending
Certain Pre-Trial Deadlines Order - 4
Case No. 2:23-cv-00725-TMC

**ORDER**

Pursuant to the stipulated motion, Dkt. 49, IT IS SO ORDERED.

DATED this 21st Day of August, 2025.

_____
Tiffany M. Cartwright
United States District Court