UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN,<br><br>　　　　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>REED HEIN & ASSOCIATES LLC d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; MAKAYMAX INC., a Washington corporation; BRANDON REED, individually; BRIAN and KERRI ADOLPJ, a married couple,<br><br>　　　　　Defendant/Counterclaim and Third Party Plaintiffs.<br><br>v.<br><br>RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,<br><br>　　　　　Third Party Defendants. | NO. 2:23-CV-00725TMC<br><br>THIRD PARTY DEFENDANTS RSUI GROUP, INC., AND RSUI INDEMNITY COMPANY, INC'S RESERVATION OF RIGHTS |

COME NOW Defendants RSUI Group, Inc., and RSUI Indemnity Company, Inc. (hereinafter Defendants RSUI) by and through the undersigned attorneys of record, Scheer.Law, Jennifer L. Crow, and Catarina Ferreira, pursuant to the Order Setting Jury Trial and Pre-Trial dated May 12, 2025 and FRCP 26(a)(2), reserve the right to call any witnesses

1  disclosed by the Plaintiffs and co-defendants, regardless of whether they may be called in the
2  Plaintiffs' case in chief and/or by co-defendants. Defendants RSUI reserve the right to call any
3  record custodians as needed to authenticate any records.

4  Defendants RSUI reserve the right to reserve the right to substitute previously disclosed
5  experts with other experts of the same specialty if needed. Defendants reserve the right to strike
6  any of the foregoing witnesses or to name additional witnesses and/or experts once further
7  information is disclosed by Plaintiffs and/or Co-defendants with regard to standard of care,
8  causation and damages allegations, and/or following the depositions of expert witnesses and
9  as additional discovery may warrant.

10  Defendants RSUI maintain the right to full protection of all consulting experts, as
11  provided for by the Federal Civil Rules of Procedure and applicable case law prohibiting
12  plaintiffs from using any deposition, or portions thereof, of any consulting expert not chosen
13  by this defendant to be called as an expert to give testimony at the time of trial.

15  DATED this 25th day of August, 2025.

SCHEER.LAW PLLC

*/s/ Jennifer L. Crow*
Jennifer L. Crow, WSBA No. 43746
Catarina Ferreira, WSBA No. 56291
*Attorneys for Defendants RSUI Group, Inc., and RSUI Indemnity Company, Inc.*
jen@scheer.law
catarinaf@scheer.law

THIRD PARTY DEFENDANTS RSUI GROUP, INC., AND
RSUI INDEMNITY COMPANY, INC'S RESERVATION OF
RIGHTS – PAGE 2

SCHEER.LAW PLLC
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO/ Plaintiff**<br>Kevin A. Michael<br>COZEN O'CONNOR<br>999 3rd Ave., Ste.1900<br>Seattle WA 98104<br>kmichael@cozen.com | (  ) **Via U.S. Mail**<br>( X ) **Via E-Mail**<br>( X ) **Via E-Service**<br>(  ) **Via Overnight Mail** |
| **CO/ Plaintiff**<br>Michael D. Handler<br>Daniel L Syhre<br>Sarah P. Pozzi<br>Forsberg & Umlauf, P.S.<br>401 Union Street, Suite 1400<br>Seattle, WA 98101<br>mhandler@foum.law ;<br>dsyhre@foum.law ;<br>spozzi@foum.law | (  ) **Via U.S. Mail**<br>( X ) **Via E-Mail**<br>( X ) **Via E-Service**<br>(  ) **Via Overnight Mail** |
| **CO/ Third-Party Plaintiffs Adolphs**<br>Gregory Albert,<br>Albert Law PLLC<br>3131 Western Ave, Ste 410<br>Seattle, WA 98121<br>greg@albertlawpllc.com | (  ) **Via U.S. Mail**<br>( X ) **Via E-Mail**<br>( X ) **Via E-Service**<br>(  ) **Via Overnight Mail** |

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO/ Third-Party Plaintiffs Adolphs**<br>Darrell L. Cochran<br>Christopher E. Love<br>Thomas B. Vertetis<br>William T. McClure<br>Pfau Cochran Veretis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>darrell@pcvalaw.com;<br>chris@pcvalaw.com;<br>tom@pcvalaw.com;<br>wmcclure@pcvalaw.com | (   ) Via U.S. Mail<br>( X ) Via E-Mail<br>( X ) Via E-Service<br>(   ) Via Overnight Mail |

DATED this 25th day of August, 2025 at Seattle, Washington.

*/s/ Adrienne Kinsey*
Adrienne Kinsey, Legal Assistant