**Honorable Tiffany M. Cartwright**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; MAKAYMAX, INC., a Washington corporation; BRANDON REED, individually, BRIAN and KERRI ADOLPH, a married couple,<br><br>Defendants.<br><br>BRIAN and KERRI ADOLPH, a married couple,<br><br>Counterclaim and Third-Party Plaintiffs,<br><br>v.<br><br>RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,<br><br>Third-Party Defendants. | No. 2:23-cv-00725-TMC<br><br>**ORDER GRANTING PLAINTIFF GENERAL CASUALTY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING REFORMATION AND DUTY TO DEFEND**<br><br>**(PROPOSED)** |

Order Granting Plaintiff General Casualty's
Motion for Partial Summary Judgment – 1
Case No.: 2:23-cv-00725-TMC

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4928-2621-9132, v. 1

1    THIS MATTER having come before the Court upon Plaintiff General Casualty Company's ("General Casualty") Motion for Partial Summary Judgment, and the Court having reviewed the following:

1. Plaintiff General Casualty Company of Wisconsin's Motion for Partial Summary Judgment Regarding Reformation and Duty to Defend;

2. Declaration of Michael D. Handler in Support of General Casualty Company of Wisconsin's Motion for Partial Summary Judgment Regarding Reformation and Duty to Defend, and exhibits attached thereto;

3. Response to General Casualty Company of Wisconsin's Motion for Partial Summary Judgment Regarding Reformation and Duty to Defend;

4. General Casualty Company of Wisconsin's Reply in Support of Motion for Partial Summary Judgment Regarding Reformation and Duty to Defend; and

5. _____; and

6. _____.

Based on the pleadings and evidence presented, the Court hereby ORDERS that General Casualty's Motion for Partial Summary Judgment is GRANTED.

Further, the Court DECLARES that:

☐   General Casualty Policy No. BPK0008399-01 is reformed to correct a scrivener's error that resulted in the unintended and unauthorized deletion of exclusionary endorsement, Form No. CG 21 38 (11-85) entitled, "Exclusion – Personal And Advertising Injury"; **or**

---

Order Granting Plaintiff General Casualty's
Motion for Partial Summary Judgment – 2
Case No.: 2:23-cv-00725-TMC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4928-2621-9132, v. 1

☐ Coverage under General Casualty Policy No. BPK0008399-01 is precluded because the allegations in the underlying *Adolph* putative class action lawsuit against Reed Hein & Associates LLC do not come within the scope of General Casualty Policy No. BPK0008399-01 Coverage B's ("Personal and Advertising Injury") insuring agreement; **or**

☐ Coverage under General Casualty Policy No. BPK0008399-01 is barred by the following exclusions:

☐ Access Or Disclosure Of Confidential Or Personal Information (under Coverage B – Exclusions, as supplemented by Endorsement Form No. CG 21 06 05 14, "*Exclusion – Access or Disclosure of Confidential or Personal Information and Data-Related Liability – With Limited Bodily Injury Exception*"); **and/or**

☐ Breach of Contract (under Coverage Part B.2.f.); **and/or**

_____

The Court also DECLARES:

☐ General Casualty has no duty to defend Reed Hein & Associates, LLC and Brandon Reed under Policy No. BPK0008399-01 in the United States District Court for the Western District of Washington Lawsuit styled *Brian and Kerri Adolph v. Reed Hein & Associates LLC et al.*, 2:21-cv-01378-BJR.

Order Granting Plaintiff General Casualty's
Motion for Partial Summary Judgment – 3
Case No.:  2:23-cv-00725-TMC

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4928-2621-9132, v. 1

The Court further DECLARES that:

_____

_____

_____.

Dated: _____

_____
Tiffany M. Cartwright
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Michael D. Handler*
Michael D. Handler, WSBA #25654
Daniel L. Syhre, WSBA #34158
Sarah P. Pozzi, WSBA #55744
*Attorneys for Plaintiff General Casualty Company of Wisconsin*

COZEN O'CONNOR

*s/ Kevin A. Michael*
Kevin A. Michael, WSBA # 36976
*Attorneys for Plaintiff General Casualty Company of Wisconsin*

Order Granting Plaintiff General Casualty's Motion for Partial Summary Judgment – 4
Case No.: 2:23-cv-00725-TMC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4928-2621-9132, v. 1