Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>REED HEIN & ASSOCIATES LLC d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; MAKAYMAX INC., a Washington corporation; BRANDON REED, individually; BRIAN and KERRI ADOLPJ, a married couple,<br><br>    Defendant/Counterclaim and Third Party Plaintiffs.<br><br>v.<br><br>RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,<br><br>    Third Party Defendants. | NO. 2:23-CV-00725-TMC<br><br>(PROPOSED) ORDER DENYING COUNTERCLAIM AND THIRD-PARTY PLAINTIFFS BRIAN AND KERRI ADOLF'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER has come before the Court and the parties appeared by and through their respective attorneys, and the Court has reviewed the file and considered the following evidence:

    1.    Counterclaim and Third-Party Plaintiffs Brian and Kerri Adolf's Motion for Summary Judgment and its supporting documents;

(PROPOSED) ORDER DENYING COUNTERCLAIM AND THIRD-PARTY PLAINTIFFS BRIAN AND KERRI ADOLF'S MOTION FOR SUMMARY JUDGMENT – 1

SCHEER.LAW PLLC
701 5TH AVE., STE 3860
SEATTLE, WA 98104
P: (206) 800-4070

2. Third Party Defendants RSUI's Response to Motion for Summary Judgment;

3. Declaration of Catarina Ferreira in support of Third Party Defendants RSUI's Response to Motion for Summary Judgment, and its supporting documents, and

4. Reply (if any)

5. _____;

6. _____;

7. _____.

8. **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Counterclaim and Third-Party Plaintiffs Brian and Kerri Adolf's Motion for Summary Judgment in this matter is **DENIED**.

_____

_____

DONE IN OPEN COURT this _____ day of _____, 20\_\_\_\_.

_____
HONORABLE TIFFANY M. CARTWRIGHT

Presented by:

SCHEER.LAW, PLLC

*/s/ Catarina Ferreira*
Jennifer L. Crow, WSBA. No. 43746
Catarina Ferreira, WSBA No. 56291
*Attorneys for Defendants RSUI Group, Inc., and RSUI Indemnity Company, Inc.*

SCHEER.LAW PLLC
701 5TH AVE., STE 3860
SEATTLE, WA 98104
P: (206) 800-4070