**Honorable Tiffany M. Cartwright**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation,<br><br>　　　　Plaintiff / Counterclaim Defendant,<br><br>　　v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; MAKAYMAX, INC., a Washington corporation; BRANDON REED, individually, BRIAN and KERRI ADOLPH, a married couple,<br><br>　　　　Defendants. | No. 2:23-cv-00725-TMC<br><br>**[PROPOSED] ORDER DENYING COUNTER CLAIMANT AND THIRD-PARTY PLAINTIFFS BRIAN AND KERRI ADOLPH'S MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS** |
| BRIAN and KERRI ADOLPH, a married couple,<br><br>　　　　Counterclaim and Third-Party Plaintiffs,<br><br>　　v.<br><br>RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,<br><br>　　　　Third-Party Defendants. | |

[PROPOSED] ORDER DENYING COUNTERCLAIMANT AND THIRD-PARTY PLAINTIFFS BRIAN AND KERRI ADOLPH'S MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS – 1
Case No.: 2:23-cv-00725-TMC

4922-3870-4002, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

1    THIS MATTER comes before the Court on Counterclaimant and Third-Party Plaintiffs Brian and Kerri Adolph's Motion to Exclude Certain Expert Testimony. The Court has reviewed the file and pleadings, including the following:

    1.    Counter Claimant and Third-Party Plaintiffs Brian and Kerri Adolph's Motion to Exclude Certain Expert Opinions;

    2.    Declaration of Christopher E. Love in Support of Counter Claimant and Third-Party Plaintiffs Brian and Kerri Adolph's Motion to Exclude Certain Expert Opinion, and exhibits attached thereto;

    3.    Plaintiff and Counterclaim Defendant General Casualty Company of Wisconsin's Response to Counter Claimant and Third-Party Plaintiffs Brian and Kerri Adolph's Motion to Exclude Certain Expert Opinions;

    4.    Declaration of Sarah P. Pozzi in Support of Plaintiff and Counterclaim Defendant General Casualty Company of Wisconsin's Response to Third-Party Plaintiffs Brian and Kerri Adolph's Motion to Exclude Certain Expert Opinions, and exhibits attached thereto;

    5.    _____ ; and

    6.    _____ ;

Having reviewed the above-referenced materials, it is hereby ORDERED, ADJUDGED AND DECREED that Counter Claimant and Third-Party Plaintiffs Brian and Kerri Adolph's Motion to Exclude Certain Expert Opinions is **DENIED**.

[PROPOSED] ORDER DENYING COUNTERCLAIMANT AND THIRD-PARTY PLAINTIFFS BRIAN AND KERRI ADOLPH'S MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS – 2
Case No.: 2:23-cv-00725-TMC

4922-3870-4002, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

DATED this _____ day of _____, 2025.

_____
Hon. Tiffany M. Cartwright
United States District Court Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Sarah P. Pozzi*
Michael D. Handler, WSBA #25654
Daniel L. Syhre, WSBA #34158
Sarah P. Pozzi, WSBA #55744
*Of Attorneys for Plaintiff General Casualty Company of Wisconsin*

[PROPOSED] ORDER DENYING COUNTERCLAIMANT AND THIRD-PARTY PLAINTIFFS BRIAN AND KERRI ADOLPH'S MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS – 3
Case No.: 2:23-cv-00725-TMC

4922-3870-4002, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX