**Honorable Tiffany M. Cartwright**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; MAKAYMAX, INC., a Washington corporation; BRANDON REED, individually, BRIAN and KERRI ADOLPH, a married couple,<br><br>    Defendants.<br><br>BRIAN and KERRI ADOLPH, a married couple,<br><br>    Counterclaim and Third-Party Plaintiffs,<br><br>    v.<br><br>RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,<br><br>    Third-Party Defendants. | No. 2:23-cv-00725-TMC<br><br>**GENERAL CASUALTY'S NOTICE OF RELATED CASE AND REQUEST FOR STATUS CONFERENCE** |

General Casualty's Notice of Related Case and
Request for Status Conference – 1
Case No.: 2:23-cv-00725-TMC

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4925-3923-5467, v. 1

1    Plaintiff and Counterclaim Defendant General Casualty Company of Wisconsin ("General
2    Casualty") submits this Notice of Related Case pursuant to LCR 3(g)(3), and requests a status
3    conference with this Court to discuss the impacts of both cases on one another, and the impact on
4    this matter's forthcoming March 23, 2026 trial date.
5    This matter is now actively related to a 2021 case entitled, *Brian and Kerri Adolph v. Reed*
6    *Hein et al.*, 2:21-cv-01378 ("Related Case"), which was officially re-opened on January 20, 2026.
7    (Related Case Dkt. 65.) The Honorable Barabara J. Rothstein presides over the Related Case.
8    For context, the Related Case received final adjudication on June 15, 2023 (Related Case,
9    Dkt. 45). This final adjudication derived from a stipulated class action settlement, which Judge
10    Rothstein approved on May 19, 2023. (Related Case Dkt. 37, 42, 43.) Final judgment was entered
11    on June 15, 2023, and the Related Case was closed. (Related Case Dkt. 45.)
12    The present action before this Court followed. This case is now set for a 2-week insurance
13    coverage and bad faith trial starting on March 23, 2026. Per this Court's Case Scheduling Order
14    (Dkt. 47, as amended by Dkt. 50), dispositive motions were filed on November 24, 2025. The
15    parties' respective dispositive reply briefing was completed on December 22, 2025. (*See* Dkt. 67,
16    71, 72.)
17    Also on December 22, 2025, in the Related Case, Plaintiffs Brian and Kerri Adolph filed a
18    "Motion to Reconfirm Reasonableness of Settlement." (Related Case Dkt. 51–54.) In that motion,
19    the Adolphs seek Judge Rothstein's ruling that her May 19, 2023 class action fairness
20    determination also satisfies the insurance-related "reasonableness" factors set forth in *Chaussee v.*
21    *Maryland Cas. Co.*, 60 Wn. App. 504, 803 P.2d 1339 (1991), and as required under RCW 4.22.060.
22    General Casualty previously was not a party to the Related Case. The Adolphs stipulated to
23    General Casualty's intervention on December 30, 2025. (Related Case Dkt. 55.) On January 16,

General Casualty's Notice of Related Case and
Request for Status Conference – 2
Case No.: 2:23-cv-00725-TMC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4925-3923-5467, v. 1

1  2026, Judge Rothstein held a discovery-related hearing with the parties, including General
2  Casualty as Intervenor. (Related Case Dkt. 63.) Judge Rothstein re-opened the Related Case on
3  January 20, 2026, and requested the parties file additional materials. (Related Case Dkt. 65.) The
4  parties await Judge Rothstein's determination on whether they may conduct *Chaussee* factor
5  discovery.

6  Trial in this matter is now less than 60 days away. Both parties have pretrial obligations to
7  satisfy in advance of the trial date, including but not limited to Pretrial Statements, witness and
8  exhibit lists, and deposition designations due starting February 2, 2026, as well as jury instructions,
9  and motions *in limine* with accompanying February deadlines; in addition to trial briefs, proposed
10 voir dire, and other pretrial materials due in early March. The Related Case may impact this
11 lawsuit, and may create conflicting results and/or duplication of work. The Related Case also may
12 impact the parties' respective burdens at trial in this lawsuit, and therefore the substance of the
13 pretrial briefing and related pretrial obligations.

14 General Casualty respectfully requests a conference with this Court to further discuss the
15 Related Case currently before Judge Rothstein, and the potential for impact of those proceedings
16 on this lawsuit's pretrial progression and trial date.

17 //
18 //
19 //
20 //
21 //
22 //
23 //

General Casualty's Notice of Related Case and
Request for Status Conference – 3
Case No.: 2:23-cv-00725-TMC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4925-3923-5467, v. 1

DATED this 27th day of January, 2026.

          *s/ Sarah P. Pozzi*
Michael D. Handler, WSBA #25654
Daniel L. Syhre, WSBA #34158
Sarah P. Pozzi, WSBA #55744
Forsberg & Umlauf, P.S.
401 Union St., Suite 1400
Seattle, WA 98101
Phone: (206) 689-8500
mhandler@foum.law
dsyhre@foum.law
spozzi@foum.law
*Attorneys for Plaintiff General Casualty Company of Wisconsin*

General Casualty's Notice of Related Case and
Request for Status Conference – 4
Case No.: 2:23-cv-00725-TMC

**Forsberg & Umlauf, P.S.**
ATTORNEYS AT LAW
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4925-3923-5467, v. 1