Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRIAN and KERRI ADOLPH, a married couple,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin Corporation, and RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,<br><br>    Defendants. | NO. 2:23-CV-00725-TMC<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CERTIFICATION TO THE WASHINGTON STATE SUPREME COURT |

THIS MATTER has come before the Court and the parties appeared by and through their respective attorneys, and the Court has reviewed the file and considered the following evidence:

1.    Plaintiffs Brian and Kerri Adolf's Motion for Certification to the Washington State Supreme Court and its supporting documents

2.    Defendants RSUI's Response

3.    Reply (if any); and

4.    _____

[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR CERTIFICATION – PAGE 1

**SCHEER.LAW PLLC**
701 FIFTH AVENUE, SUITE 3860
SEATTLE, WA 98104
P: (206) 800-4070

5.    _____

6.    _____

7.    **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiffs Brian and Kerri Adolf's Motion for Certification to the Washington State Supreme Court is **DENIED**.

8.    _____

_____

DATED this _____.


_____

Hon. Tiffany M. Cartwright


Presented by:

SCHEER.LAW PLLC


*/s/ Jennifer L. Crow*_____
Jennifer L. Crow, WSBA No. 43746
jen@scheer.law
Catarina Ferreira, WSBA No. 56291
catarinaf@scheer.law
Attorneys for RSUI Defendants

[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR CERTIFICATION – PAGE 2