UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation,<br><br>      Plaintiff-counter-defendant - Appellee,<br><br>  v.<br><br>REED HEIN & ASSOCIATES, LLC, a Washington limited liability company doing business as Timeshare Exit Team; et al.,<br><br>      Defendants,<br><br>  v.<br><br>BRIAN ADOLPH and KERRI ADOLPH,<br><br>      Defendant-third-party-plaintiffs - Appellees,<br><br>  v.<br><br>RSUI GROUP, INC. and RSUI INDEMNITY COMPANY, INC.,<br><br>      Third-party-defendants - Appellants. | No. 26-1307<br><br>D.C. No. 2:23-cv-00725-TMC<br>Western District of Washington, Seattle<br><br>ORDER |

The motion (Docket Entry No. 10) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-1307