**THE HONORABLE TIFFANY M. CARTWRIGHT**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BRIAN and KERRI ADOLPH, a married couple,<br><br>     Plaintiffs,<br><br>          v.<br><br>GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation, and<br><br>RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,<br><br>     Defendants. | No. 2:23-cv-00725-TMC<br><br>**PLAINTIFFS BRIAN AND KERRI ADOLPH'S STATUS UPDATE AND REQUEST FOR STATUS CONFERENCE** |

PLAINTIFFS BRIAN AND KERRI
ADOLPH'S STATUS UPDATE AND
REQUEST FOR STATUS
CONFERENCE | Page 1

**Albert Law,**
**PLLC**
3131 Western Ave,
Suite 410
Seattle, WA 98121

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Pursuant to the Court's January 28, 2026 order (Dkt. 78), Plaintiffs Brian and Kerri Adolph provide the following status update regarding the related lawsuit, *Brian and Kerri Adolph v. Reed Hein & Associates LLC et al.*, 2:21-cv-1378-BJR ("Related Case").

On March 3, 2026, Judge Rothstein entered an order allowing Defendants RSUI Group, Inc. and RSUI Indemnity Company, Inc. ("RSUI") to intervene in the Related Case. Related Case Dkt. 77. As Defendant General Casualty Company of Wisconsin has informed the Court, on June 5, 2026, Judge Rothstein entered an Order Denying Motion to Reconfirm Reasonableness of Settlement and Vacating Judgment. Related Case Dkt. 84.

Specifically, Judge Rothstein's June 5 order vacated the stipulated judgment in that case without determining an alternative reasonable judgment amount. *Id.* Judge Rothstein also closed and terminated the Related Case immediately after entering the order. **Exhibit 1 at 1**. On July 2, 2026, Plaintiffs filed a timely Notice of Appeal to the Ninth Circuit appealing from Judge Rothstein's order. Related Case Dkt. 85.

As the Court also is well aware, a reasonable judgment amount determined by the Court will serve as the presumptive measure of damages caused for insurers found to have acted in bad faith and who had notice of the reasonableness proceeding. *Wood v. Milionis Constr., Inc.*, 198 Wn.2d 105, 121, 492 P.3d 813 (2021); *Hawkins v. ACE Am. Ins. Co.*, 32 Wn. App. 2d 900, 916, 558 P.3d 157 (2024), *review denied*, 4 Wn.3d 1037, 574 P.3d 541 (2025). And the Court already has determined as a matter of law that RSUI acted in bad faith. Dkt. 115. But Judge Rothstein's order did not determine any reasonable judgment amount that would serve as the presumptive measure of damages at trial in this matter. Related Case Dkt. 84. Both the parties and the Court previously have acknowledged the impact of the lack of a determination of a reasonable judgment amount on trial in this matter. Dkt. 88 at 2-3. Accordingly, Plaintiffs request at the Court's convenience a brief status conference with the Court to discuss the

PLAINTIFFS BRIAN AND KERRI ADOLPH'S STATUS UPDATE AND REQUEST FOR STATUS CONFERENCE | Page 2

**Albert Law, PLLC**
3131 Western Ave, Suite 410
Seattle, WA 98121

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

October 19, 2026 trial date and the management of related pretrial deadlines under Fed. R. Civ. P. 16.

RESPECTFULLY SUBMITTED this 24th day of July, 2026.

PFAU COCHRAN VERTETIS AMALA PLLC

By */s/ Christopher E. Love*
Darrell L. Cochran, WSBA No. 22851
Thomas B. Vertetis, WSBA No. 29805
Christopher E. Love, WSBA No. 42832
William T. McClure, WSBA No. 54622

ALBERT LAW PLLC

By: */s/ Gregory Albert*
Gregory Albert, WSBA No. 42673

*Attorneys for Plaintiffs*

PLAINTIFFS BRIAN AND KERRI ADOLPH'S STATUS UPDATE AND REQUEST FOR STATUS CONFERENCE | Page 3

**Albert Law, PLLC**
3131 Western Ave, Suite 410
Seattle, WA 98121

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America, that on the below date, I caused for delivery a copy of the foregoing pleadings to:

| | |
|---|---|
| **Counsel for Defendant General Casualty Company of Wisconsin**<br><br>Kevin A. Michael, WSBA No. 36976<br>Cozen O'Conner<br>999 Third Ave, Ste. 1900<br>Seattle, WA 98104<br>kmichael@cozen.com | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☑ ECF/E-mail |
| **Counsel for Defendant General Casualty Company of Wisconsin**<br><br>Michael D. Handler, WSBA No. 25652<br>Daniel L. Syhre, WSBA No. 34158<br>Sarah P. Pozzi, WSBA No. 55744<br>Clyde & Co US LLP<br>401 Union Street, Suite 1400<br>Seattle, WA 98101<br>Michael.Handler@clydeco.com<br>Dan.Syhre@clydeco.com<br>Sarah.Pozzi@clydeco.com | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☑ ECF/E-mail |
| **Counsel for Defendant RSUI Group, Inc. and RSUI Indemnity Company, Inc.**<br><br>Jennifer L. Crow, WSBA No. 43746<br>Catarina Ferreira, WSBA No. 56291<br>Scheer Law PLLC<br>2101 Fourth Ave, Ste. 830<br>Seattle, WA 98121<br>jen@scheer.law<br>catarinaf@scheer.law | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☑ ECF/E-mail |

DATED this 24th day of July, 2026, at Tacoma, WA.

*/s/Thien Lau*
Thien Lau, Legal Assistant

PLAINTIFFS BRIAN AND KERRI ADOLPH'S STATUS UPDATE AND REQUEST FOR STATUS CONFERENCE | Page 4

**Albert Law, PLLC**
3131 Western Ave, Suite 410
Seattle, WA 98121

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654