# EXHIBIT 1

CLOSED,APPEAL

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:21-cv-01378-BJR

Adolph et al v. Reed Hein & Associates et al
Assigned to: Judge Barbara J. Rothstein
Case in other court: 9th Circuit Court of Appeals, 26-04294
                    9th Circuit Court of Appeals, 26-04578
Cause: 28:1332 Diversity-Fraud

Date Filed: 10/09/2021
Date Terminated: 06/05/2026
Jury Demand: None
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Brian Adolph**                                        represented by    **Christopher Eric Love**
PFAU COCHRAN VERTETIS AMALA
PLLC (TACOMA)
909 A STREET STE 700
TACOMA, WA 98402
253-777-0799
Fax: 253-627-0654
Email: chris@pcvalaw.com
*ATTORNEY TO BE NOTICED*

**Darrell L Cochran**
PFAU COCHRAN VERTETIS AMALA
PLLC (TACOMA)
909 A STREET STE 700
TACOMA, WA 98402
253-777-0799
Email: darrell@pcvalaw.com
*ATTORNEY TO BE NOTICED*

**Thomas Brian Vertetis**
PFAU COCHRAN VERTETIS AMALA
PLLC (TACOMA)
909 A STREET STE 700
TACOMA, WA 98402
253-777-0799
Fax: 253-627-0654
Email: tom@pcvalaw.com
*ATTORNEY TO BE NOTICED*

**Gregory W Albert**
ALBERT LAW PLLC
3131 WESTERN AVE
SUITE 410
SEATTLE, WA 98121
206-576-8044
Fax: 425-659-2678
Email: greg@albertlawpllc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerri Adolph**                                    represented by   **Christopher Eric Love**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Darrell L Cochran**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Thomas Brian Vertetis**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Gregory W Albert**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Reed Hein & Associates**                         represented by   **Jack Lovejoy**
*doing business as*                                                 CORR CRONIN LLP
Timeshare Exit Team                                                 1015 SECOND AVE
                                                                     10TH FL
                                                                     SEATTLE, WA 98104
                                                                     206-292-8800
                                                                     Email: jlovejoy@corrcronin.com
                                                                     *ATTORNEY TO BE NOTICED*

**Intervenor**

**RSUI Group, Inc.**                               represented by   **Catarina Ferreira**
                                                                     JOHNSON GRAFFE KEAY MONIZ &
                                                                     WICK (SEA)
                                                                     925 FOURTH AVE STE 3550
                                                                     SEATTLE, WA 98104
                                                                     206-223-4770
                                                                     Fax: 206-386-7344
                                                                     Email: ferreirac@jgkmw.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jennifer L Crow**
                                                                     SCHEER.LAW PLLC
                                                                     701 FIFTH AVE
                                                                     STE 3860
                                                                     SEATTLE, WA 98104
                                                                     206-800-4070
                                                                     Email: jen@scheer.law
                                                                     *ATTORNEY TO BE NOTICED*

**Intervenor**

**RSUI Indemnity Company, Inc.**                   represented by   **Catarina Ferreira**
                                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer L Crow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Makaymax Inc**                                   represented by   **Jack Lovejoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hein & Sons Industries Inc**
*TERMINATED: 01/24/2022*

**Defendant**

**Brandon Reed**                                   represented by   **Daniel J Bugbee**
DBS LAW
819 VIRGINIA ST
SUITE C2
SEATTLE, WA 98101
206-489-3819
Fax: 206-973-8737
Email: dbugbee@lawdbs.com
*TERMINATED: 03/03/2026*

**Jack Lovejoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trevor Hein**
*TERMINATED: 01/24/2022*

**Intervenor**

**General Casualty Company of Wisconsin**          represented by   **Daniel L Syhre**
CLYDE & CO US LLP (SEA)
401 UNION ST
STE 1400
SEATTLE, WA 98101
206-689-8500
Email: dan.syhre@clydeco.com
*ATTORNEY TO BE NOTICED*

**Michael D Handler**
CLYDE & CO US LLP (SEA)
401 UNION ST
STE 1400
SEATTLE, WA 98101
206-689-8500
Fax: 206-689-8501
Email: michael.handler@clydeco.com

*ATTORNEY TO BE NOTICED*

**Sarah P Pozzi**
CLYDE & CO US LLP (SEA)
401 UNION ST
STE 1400
SEATTLE, WA 98101
206-340-1000
Email: sarah.pozzi@clydeco.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2021 | 1 | COMPLAINT *FOR DAMAGES* against defendant(s) ~~Brian Adolph, Kerri Adolph~~ Reed Hein & Associates, Makaymax Inc, Hein & Sons Industries Inc, Brandon Reed, and Trevor Hein (Receipt # AWAWDC-7285700) Attorney Gregory W Albert added to party Brian Adolph(pty:pla), Attorney Gregory W Albert added to party Kerri Adolph(pty:pla), filed by Brian Adolph, Kerri Adolph.(Albert, Gregory) Modified on 10/14/2021 to update parties filing is against (filer selected plaintiffs) (KB). (Entered: 10/09/2021) |
| 10/09/2021 | 2 | CIVIL COVER SHEET re 1 Complaint, ; filed by Plaintiffs Brian Adolph, Kerri Adolph. (Attachments: # 1 Summons)(Albert, Gregory) (Entered: 10/09/2021) |
| 10/13/2021 | | Judge Barbara J. Rothstein added. (ST) (Entered: 10/13/2021) |
| 10/13/2021 | 3 | Summons(es) Electronically Issued as to defendant(s) Hein & Sons Industries Inc, Makaymax Inc, Brandon Reed, Reed Hein & Associates LLC, and Trevor Hein. (ST) Modified on 10/14/2021 to add Trevor Hein (KB). (Entered: 10/13/2021) |
| 10/13/2021 | 4 | **\*\* Reminder \*\* Documents omitted**. Notice of Pendency of Other Action. See attached letter for more information and instructions. (ST) (Entered: 10/13/2021) |
| 10/14/2021 | 5 | NOTICE of Pendency of Other Action in Washington State Superior Court of Snohomish County, case number(s) in other court 21-2-01757-31, 21-2-01761-31; Western District of Washington, Related Case Number(s) 21-cv-588, 21-cv-589 filed by Plaintiffs Brian Adolph, Kerri Adolph. (Albert, Gregory) Modified on 10/14/2021 to add related cases (KB). (Entered: 10/14/2021) |
| 10/21/2021 | 6 | STANDING ORDER FOR ALL CIVIL CASES. The procedures in this Order supplement, and in some cases, supersede the local rules. The parties are responsible for being familiar with the procedures in this Order. Failure to comply with the procedures may result in sanctions. Signed by Judge Barbara J. Rothstein. (GC) (Entered: 10/21/2021) |
| 11/12/2021 | 7 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT Joint Status Report due by 12/27/2021, FRCP 26(f) Conference Deadline is 12/10/2021, Initial Disclosure Deadline is 12/17/2021. Signed by Judge Barbara J. Rothstein. (GC) (Entered: 11/12/2021) |
| 12/03/2021 | 8 | NOTICE of Appearance by attorney Jack Lovejoy on behalf of Defendants Makaymax Inc, Brandon Reed, Reed Hein & Associates. (Lovejoy, Jack) (Entered: 12/03/2021) |
| 12/15/2021 | 9 | AFFIDAVIT of Service of Summons and Complaint on Reed Hein & Associates, Makaymax Inc. and Brandon Reed on 11/23/2021, filed by Plaintiffs Brian Adolph, Kerri Adolph. (Albert, Gregory) (Entered: 12/15/2021) |

| 12/20/2021 | 10 | Stipulated MOTION , filed by Plaintiffs Brian Adolph, Kerri Adolph. (Albert, Gregory) (Entered: 12/20/2021) |
|---|---|---|
| 12/22/2021 | 11 | Minute Order: As requested by Plaintiffs and several Defendants (Dkt. No. 10 ), the deadline for the parties to file a joint status report is hereby continued 1/27/2022. Authorized by Judge Barbara J. Rothstein. (MW) (Entered: 12/22/2021) |
| 12/30/2021 | 12 | AFFIDAVIT of Service of Summons and Complaint on Hein & Sons Industries, Inc & Trevor Hein on 12/16/2021, filed by Plaintiffs Brian Adolph, Kerri Adolph. (Albert, Gregory) (Entered: 12/30/2021) |
| 01/24/2022 | 13 | NOTICE of Voluntary Dismissal as to party(s) Trevor Hein and Hein & Sons Industries Inc, filed by Plaintiffs Brian Adolph, Kerri Adolph. (Albert, Gregory) (Entered: 01/24/2022) |
| 01/27/2022 | 14 | NOTICE of Association of Attorney by Daniel J. Bugbee on behalf of Defendant Brandon Reed. (Bugbee, Daniel) (Entered: 01/27/2022) |
| 01/28/2022 | 15 | MINUTE ORDER: The parties have not complied with the order directing that a joint status report be filed by 1/27/2022 (Dkt. # 11 ). The time for filing the report is hereby extended to 3/11/2022. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice. Authorized by Judge Barbara J Rothstein. (GC) (Entered: 01/28/2022) |
| 02/17/2022 | 16 | JOINT STATUS REPORT signed by all parties. Estimated Trial Days: 10. (Albert, Gregory) (Entered: 02/17/2022) |
| 04/21/2022 | 17 | ORDER SETTING TRIAL DATE AND RELATED DATES; Length of Trial: 10 days. Bench Trial is set for 4/24/2023 at 09:30 AM before Judge Barbara J. Rothstein. Joinder of Parties due by 8/17/2022, Amended Pleadings due by 5/31/2022, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 9/26/2022, Discovery completed by 10/26/2022, Dispositive motions due by 11/25/2022, Motions in Limine due by 3/20/2023, Joint Pretrial Statement due by 3/27/2023, Pretrial Conference set for 4/10/2023 at 10:30 AM before Judge Barbara J. Rothstein. Signed by Judge Barbara J. Rothstein. (GC) (Entered: 04/21/2022) |
| 10/07/2022 | 18 | Stipulated MOTION to Certify Class , filed by Plaintiffs Brian Adolph, Kerri Adolph. (Attachments: # 1 Proposed Order)(Ohm Campbell, Jonah) (Entered: 10/07/2022) |
| 10/07/2022 | 19 | DECLARATION of Brandon Reed filed by Plaintiffs Brian Adolph, Kerri Adolph re 18 Stipulated MOTION to Certify Class (Ohm Campbell, Jonah) (Entered: 10/07/2022) |
| 10/07/2022 | 20 | DECLARATION of Brian Adolph filed by Plaintiffs Brian Adolph, Kerri Adolph re 18 Stipulated MOTION to Certify Class (Ohm Campbell, Jonah) (Entered: 10/07/2022) |
| 10/07/2022 | 21 | DECLARATION of Gregory Albert filed by Plaintiffs Brian Adolph, Kerri Adolph re 18 Stipulated MOTION to Certify Class (Ohm Campbell, Jonah) (Entered: 10/07/2022) |
| 10/07/2022 | 22 | DECLARATION of Daniel Bugbee filed by Plaintiffs Brian Adolph, Kerri Adolph re 18 Stipulated MOTION to Certify Class (Ohm Campbell, Jonah) (Entered: 10/07/2022) |
| 10/25/2022 | 23 | ORDER granting Parties' 18 Stipulated MOTION to Certify Class. Signed by Judge Barbara J. Rothstein. (SB) (Entered: 10/25/2022) |
| 12/05/2022 | 24 | Unopposed MOTION Preliminary Approval of Class Settlement, Direction of Notice to Class Members and A Fairness Hearing Date , filed by Plaintiffs Brian Adolph, Kerri Adolph. (Attachments: # 1 Proposed Order Granting Preliminary Approval of Class Settlement)(Albert, Gregory) (Entered: 12/05/2022) |

| 12/05/2022 | 25 | DECLARATION of Gregory Albert filed by Plaintiffs Brian Adolph, Kerri Adolph re 24 Unopposed MOTION Preliminary Approval of Class Settlement, Direction of Notice to Class Members and A Fairness Hearing Date (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17, # 18 Exhibit Exhibit 18)(Albert, Gregory) (Entered: 12/05/2022) |
| 12/05/2022 | 26 | DECLARATION of Brandon Reed filed by Plaintiffs Brian Adolph, Kerri Adolph re 24 Unopposed MOTION Preliminary Approval of Class Settlement, Direction of Notice to Class Members and A Fairness Hearing Date (Attachments: # 1 Exhibit A)(Albert, Gregory) (Entered: 12/05/2022) |
| 12/30/2022 | 27 | ORDER granting Parties' 24 Unopposed Motion for Preliminary Approval of Class Settlement. The Fairness Hearing will be held on 3/21/2023 at 1:00 pm before this Court, to consider whether the Settlement should be finally approved as fair, reasonable, and adequate. On or before 3/13/2023, Class Counsel shall file with the Court any memoranda or other materials in support of final approval of the Settlement. Signed by Judge Barbara J. Rothstein. (SB) (Entered: 12/30/2022) |
| 01/13/2023 | 28 | Unopposed MOTION to Amend 27 Order on Motion for Miscellaneous Relief,, Set Deadlines/Hearings,,,, filed by Plaintiffs Brian Adolph, Kerri Adolph. (Attachments: # 1 Proposed Order)(Albert, Gregory) (Entered: 01/13/2023) |
| 01/13/2023 | 29 | DECLARATION of David Hancock filed by Plaintiffs Brian Adolph, Kerri Adolph re 28 Unopposed MOTION to Amend 27 Order on Motion for Miscellaneous Relief,, Set Deadlines/Hearings,, (Albert, Gregory) (Entered: 01/13/2023) |
| 02/02/2023 | 30 | ORDER granting Plaintiff's 28 Unopposed Motion to Amend the Court's 27 Preliminary Approval Order. Signed by Judge Barbara J. Rothstein. (LH) (Entered: 02/02/2023) |
| 03/03/2023 | 31 | NOTICE *Re Plaintiffs' Intent to Move to Amend the Order Granting Preliminary Approval of the Class Settlement* ; filed by Plaintiffs Brian Adolph, Kerri Adolph. (Ohm Campbell, Jonah) (Entered: 03/03/2023) |
| 03/09/2023 | 32 | MOTION Amend Order Granting Preliminary Approval , filed by Plaintiffs Brian Adolph, Kerri Adolph. (Ohm Campbell, Jonah) (Entered: 03/09/2023) |
| 03/10/2023 | 33 | ORDER granting Plaintiffs' 32 Unopposed Motion to Amend Preliminary Approval Order. The 3/23/2023 Fairness Hearing is STRICKEN. The Fairness Hearing is set for 5/16/2023. Paragraphs ten, eleven, twelve, and fourteen of the 12/30/2022 order shall be amended as described herein. Signed by Judge Barbara J. Rothstein. (SB) (Entered: 03/10/2023) |
| 04/03/2023 | 34 | LETTER from Non-Party Gerald D. Lamb. (MJV) Modified party designation on 4/4/2023 (LH). (Entered: 04/04/2023) |
| 05/01/2023 | 35 | LETTER from Non-Party Erinn Mae Talley (document displays incorrect case number) (SB) (Entered: 05/02/2023) |
| 05/09/2023 | 36 | NOTICE OF HEARING: Fairness Hearing is set for 5/16/2023 at 1:00 PM (PST) via Zoom videoconference before Judge Barbara J. Rothstein. The Courtroom Deputy will contact the parties with the link. (NAW) (Entered: 05/09/2023) |
| 05/10/2023 | 37 | Unopposed MOTION Final Approval of Class Action Settlement , filed by All Plaintiffs. (Attachments: # 1 Proposed Order Granting Final Approval of Class Action Settlement) (Albert, Gregory) (Entered: 05/10/2023) |

| | | |
|---|---|---|
| 05/10/2023 | 38 | DECLARATION of Amy Lechner filed by All Plaintiffs re 37 Unopposed MOTION Final Approval of Class Action Settlement (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Albert, Gregory) (Entered: 05/10/2023) |
| 05/10/2023 | 39 | DECLARATION of Carmen Albert filed by All Plaintiffs re 37 Unopposed MOTION Final Approval of Class Action Settlement (Albert, Gregory) (Entered: 05/10/2023) |
| 05/10/2023 | 40 | DECLARATION of David Hancock filed by All Plaintiffs re 37 Unopposed MOTION Final Approval of Class Action Settlement (Albert, Gregory) (Entered: 05/10/2023) |
| 05/10/2023 | 41 | DECLARATION of Tallman H. Trask IV filed by All Plaintiffs re 37 Unopposed MOTION Final Approval of Class Action Settlement (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Albert, Gregory) (Entered: 05/10/2023) |
| 05/16/2023 | 42 | MINUTE ENTRY for proceedings held before Judge Barbara J. Rothstein- Dep Clerk: *Natalie Wood*; Pla Counsel: *Gregory Albert*; Def Counsel: *Daniel Bugbee, Jack Lovejoy*; CR: *Debbie Zurn*; **FAIRNESS HEARING** held on 5/16/2023 via Zoom videoconference. The Court GRANTS 37 Unopposed Motion for Final Approval of Class Action Settlement. Written order to follow. (NAW) (Entered: 05/16/2023) |
| 05/19/2023 | 43 | ORDER granting Plaintiffs' 37 Unopposed Motion for Final Approval of Class Action Settlement. The terms of the Settlement Agreement dated 4/12/2022, attached to the Declaration of Tallman H. Trask IV as Exhibit 1, are approved as fair, reasonable, enforceable, and adequate. The Confession of Judgment with Covenant Not to Execute, attached to the Declaration of Tallman H. Trask IV as Exhibit 2, shall be signed and entered into the record. Signed by Judge Barbara J. Rothstein. (SB) (Entered: 05/19/2023) |
| 06/06/2023 | 44 | PRAECIPE *TO ENTER JUDGMENT* by Plaintiffs Brian Adolph, Kerri Adolph (Attachments: # 1 Exhibit 1)(Albert, Gregory) (Entered: 06/06/2023) |
| 06/15/2023 | 45 | **VACATED and SET ASIDE by 84 ORDER** CONFESSION OF JUDGMENT and Judgment with Covenant Not to Execute. Plaintiff is granted judgment against defendants Brandon Reed, Reed Hein & Associates and Makaymax Inc. in the sum of $630,187,204 principal, with interest on all unpaid amounts at 12% per annum from date of entry until satisfied in full. Plaintiff shall hereafter take no action to collect on the above judgment against defendants Brandon Reed, Reed Hein & Associates and Makaymax Inc. Signed by Judge Barbara J. Rothstein. (SB) Modified on 6/5/2026 (CJS). (Entered: 06/15/2023) |
| 01/25/2024 | 46 | NOTICE of Association of Attorney by Thomas Brian Vertetis on behalf of Plaintiffs Brian Adolph, Kerri Adolph. (Vertetis, Thomas) (Entered: 01/25/2024) |
| 01/25/2024 | 47 | REQUEST *For A Status Conference* by Plaintiffs Brian Adolph, Kerri Adolph for A Status Conference (Vertetis, Thomas) (Entered: 01/25/2024) |
| 01/26/2024 | | Attorneys Darrell L Cochran, Christopher Eric Love added for Brian Adolph, Darrell L Cochran per the filing of Plaintiffs' 46 Notice of Attorney Association. (SB) (Entered: 01/26/2024) |
| 01/26/2024 | 48 | MINUTE ORDER: Plaintiffs have filed an "Unopposed Motion for a Status Conference," purportedly "to address whether the Court will determine the reasonableness of the stipulated amounts of the covenant judgments entered into by the parties in this case." Dkt. No. 47 . In the absence of a pending motion for such determination of reasonableness, the Court DENIES the request for a status conference. Authorized by Judge Barbara J. Rothstein. (SB) (Entered: 01/26/2024) |
| 05/15/2025 | 49 | TRANSCRIPT REQUEST by All Plaintiffs for proceedings held on 5/16/2023 re 42 Motion Hearing,. Requesting Attorney: Gregory W Albert. |

| | | |
|---|---|---|
| | | Posting of this Transcript Order form does not constitute an official request for transcript(s). If you have not already done so, you MUST contact the individual court reporter(s), Debbie Zurn (debbie_zurn@wawd.uscourts.gov, 206-370-8504) to make payment arrangements and secure your desired delivery time. (Albert, Gregory) (Entered: 05/15/2025) |
| 05/23/2025 | 50 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Fairness Hearing held on 5/16/2023 before Judge Barbara J. Rothstein.<br><br>Parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov.<br><br>To purchase a copy of the transcript, contact court reporter Debbie Zurn, debbie_zurn@wawd.uscourts.gov, 206-370-8504.<br><br>Release of Transcript Restriction set for 8/21/2025, (DZ) (Entered: 05/23/2025) |
| 12/22/2025 | 51 | MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT , filed by Plaintiffs Brian Adolph, Kerri Adolph. Noting Date 1/14/2026, (Love, Christopher) Modified to strike noting date on 12/29/2025 (CJS). (Entered: 12/22/2025) |
| 12/22/2025 | 52 | DECLARATION of Christopher E. Love filed by Plaintiffs Brian Adolph, Kerri Adolph re 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT (Love, Christopher) (Entered: 12/22/2025) |
| 12/22/2025 | 53 | DECLARATION of MICHAEL S. WAMPOLD filed by Plaintiffs Brian Adolph, Kerri Adolph re 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT (Love, Christopher) (Entered: 12/22/2025) |
| 12/22/2025 | 54 | DECLARATION of WILLIAM E. PARTIN filed by Plaintiffs Brian Adolph, Kerri Adolph re 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT (Love, Christopher) (Entered: 12/22/2025) |
| 12/29/2025 | | MINUTE ORDER: Pursuant to the Standing Order for Civil Cases ("Standing Order") (Dkt. No. 6 ), the Court HEREBY STRIKES the noting date for the Plaintiff's motion (Dkt. No. 51 ). Instead, pursuant to Section II.A. Paragraph 3 of the Standing Order, the opposition to the motion is due twenty-one (21) days after the date on which the motion was filed and the reply is due fourteen (14) days after the opposition is filed. This Minute Order does not strike the motion; rather, it strikes the noting date. The Court will consider the motion upon the completion of briefing in accordance with the foregoing schedule. In the future, the Court expects the parties to comply with the terms of the Standing Order. Authorized by Judge Barbara J. Rothstein. (CJS) (Entered: 12/29/2025) |
| 12/30/2025 | 55 | Stipulated MOTION *for Intervention*, filed by Plaintiffs Brian Adolph, Kerri Adolph. (Love, Christopher) (Entered: 12/30/2025) |
| 12/30/2025 | 56 | PRAECIPE by Plaintiffs Brian Adolph, Kerri Adolph re 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT. (Attachments: # 1 Motion to Reconfirm Reasonableness of Settlement (corrected))(Love, Christopher) Modified to add link to underlying document and NEF regenerated on 12/31/2025 (CJS). (Entered: 12/30/2025) |

| | | |
|---|---|---|
| 01/05/2026 | 57 | ORDER granting the parties' 55 Stipulated Motion *for Intervention* as to 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT. Signed by Judge Barbara J. Rothstein. (CJS) (Entered: 01/05/2026) |
| 01/06/2026 | 58 | NOTICE of Appearance by attorney Michael D Handler on behalf of Intervenor General Casualty Company of Wisconsin. (Handler, Michael) (Entered: 01/06/2026) |
| 01/07/2026 | 59 | **Notice of Filing Deficiency** re 58 Notice of Appearance. **\*\*\*Action Required\*\*\*** Improper Signature - Secondary Attorney(s). See attached letter for more information and instructions. (CJS)(cc: Attorneys Syhre, Pozzi via Ad Hoc NEF) (Entered: 01/07/2026) |
| 01/07/2026 | 60 | NOTICE of Association of Attorney by Daniel L Syhre on behalf of Intervenor General Casualty Company of Wisconsin. (Syhre, Daniel) (Entered: 01/07/2026) |
| 01/07/2026 | 61 | NOTICE of Association of Attorney by Sarah P Pozzi on behalf of Intervenor General Casualty Company of Wisconsin. (Pozzi, Sarah) (Entered: 01/07/2026) |
| 01/09/2026 | 62 | NOTICE OF HEARING: Discovery Hearing set for 1/16/2026 at 11:00 AM PST via Zoom videoconference before Judge Barbara J. Rothstein. The Courtroom Deputy will provide the Zoom information to the parties via email. Public access remote audio information for this hearing can be found on the court's Calendar page at least 24 hours prior to the hearing. (NAW) (Entered: 01/09/2026) |
| 01/16/2026 | 63 | MINUTE ENTRY for proceedings held before Judge Barbara J. Rothstein- Dep Clerk: *Natalie Wood*; Plaintiffs' Counsel: *Christopher Love*; Intervenor's Counsel: *Michael Handler*; CR: *Nickie Drury*; **DISCOVERY HEARING** held on 1/16/2026 via Zoom videoconference. After hearing from counsel, the Court takes this matter under advisement. Written order to follow. (NAW) (Entered: 01/16/2026) |
| 01/20/2026 | 65 | ORDER RE BRIEFING AND DISCOVERY: 1. General Casualty's response to Plaintiffs' motion, ECF No. 51 , is due on or before 1/30/2026. 2. Plaintiffs' reply is due on or before 2/6/2026. 3. The parties' joint report on timing impacts to the related case is due on or before 1/26/2026. Signed by Judge Barbara J. Rothstein. (CJS) (Entered: 01/20/2026) |
| 01/26/2026 | 66 | JOINT STATUS REPORT signed by all parties. (Love, Christopher) (Entered: 01/26/2026) |
| 01/28/2026 | 67 | MINUTE ORDER: The Court has received an email request for clarification of the deadlines set in the Court's Order, ECF No. 65 . The dates are clearly stated in the Order; Intervenor's Response is due on January 30, 2026 as stated. Authorized by Judge Barbara J. Rothstein. (CJS) (Entered: 01/28/2026) |
| 01/30/2026 | 68 | RESPONSE, by Intervenor General Casualty Company of Wisconsin, to 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT . (Handler, Michael) (Entered: 01/30/2026) |
| 01/30/2026 | 69 | DECLARATION of Daniel L. Syhre filed by Intervenor General Casualty Company of Wisconsin re 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Handler, Michael) (Entered: 01/30/2026) |
| 01/30/2026 | 70 | DECLARATION of Drew Voth filed by Intervenor General Casualty Company of Wisconsin re 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Handler, Michael) (Entered: 01/30/2026) |

| 02/04/2026 | 71 | REPLY, filed by All Plaintiffs, TO RESPONSE to 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT (Love, Christopher) (Entered: 02/04/2026) |
|---|---|---|
| 02/04/2026 | 72 | DECLARATION of Christopher E. Love filed by All Plaintiffs re 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT (Love, Christopher) (Entered: 02/04/2026) |
| 02/19/2026 | 73 | SECOND ORDER RE BRIEFING AND DISCOVERY. This case was reopened upon Plaintiffs' motion to reconfirm reasonableness of settlement, ECF No. 51 .<br>1. The Court grants Intervenor's requested five depositions as detailed in ECF No. 68 at 23-25;<br>2. Discovery must be completed no later than 3/13/2026;<br>3. Supplemental briefing after discovery shall be limited to five pages each, limited to analysis of the additional deposition testimony; the Intervenor's supplemental brief is due on or before 3/20/2026, and Plaintiff's supplemental brief is due on or before 3/27/2026;<br>4. The parties shall promptly advise the Court of any modifications to the trial schedule in the related case.<br>Signed by Judge Barbara J. Rothstein. (CJS) (Entered: 02/19/2026) |
| 02/23/2026 | 74 | NOTICE of Change of Address/Change of Name of Attorney Michael D Handler. Filed by Intervenor General Casualty Company of Wisconsin. (Handler, Michael) (Entered: 02/23/2026) |
| 03/03/2026 | 75 | Stipulated MOTION to Intervene , filed by Intervenor Parties RSUI Group, Inc., RSUI Indemnity Company, Inc.. (Attachments: # 1 Proposed Order)(Crow, Jennifer) (Entered: 03/03/2026) |
| 03/03/2026 | 76 | NOTICE OF WITHDRAWAL OF COUNSEL: Daniel J Bugbee for Defendant Brandon Reed. (Bugbee, Daniel) Modified to reflect withdrawing attorney and regenerated NEF on 3/5/2026 (CJS). (Entered: 03/03/2026) |
| 03/03/2026 | 77 | ORDER granting the Parties' 75 Stipulated Motion to Intervene. Signed by Judge Barbara J. Rothstein.(CJS) (Entered: 03/03/2026) |
| 03/20/2026 | 78 | RESPONSE, by Intervenor General Casualty Company of Wisconsin, to 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT . Oral Argument Requested. (Handler, Michael Pozzi, Sarah) Modified filing attorney on 3/23/2026 (CJS). (Entered: 03/20/2026) |
| 03/20/2026 | 79 | DECLARATION of Michael D. Handler filed by Intervenor General Casualty Company of Wisconsin re 51 MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT (Attachments: # 1 Exhibit Exhibit A - Exhibit 5 to Brandon Reed Deposition, # 2 Exhibit Exhibit B - Brandon Reed Dep Excerpts, # 3 Exhibit Exhibit C - Michael Wampold Dep Excerpts, # 4 Exhibit Exhibit D - Brian Adolph Dep Excerpts)(Handler, Michael Pozzi, Sarah) Modified filing attorney on 3/23/2026 (CJS). (Entered: 03/20/2026) |
| 03/27/2026 | 80 | *Supplemental* BRIEF *Re: Deposition Discovery* by Plaintiffs Brian Adolph, Kerri Adolph (Love, Christopher) (Entered: 03/27/2026) |
| 03/27/2026 | 81 | DECLARATION of Christopher E. Love by Plaintiffs Brian Adolph, Kerri Adolph (Love, Christopher) (Entered: 03/27/2026) |
| 04/01/2026 | 82 | JOINT STATUS REPORT signed by all parties. Estimated Trial Days: 4. (Pozzi, Sarah) (Entered: 04/01/2026) |
| 05/01/2026 | 83 | NOTICE of Unavailability of counsel Michael D Handler for Intervenor General Casualty Company of Wisconsin from 5/15/2026 to 5/19/2026, 6/1/2026 to 6/12/2026, 6/22/2026 to 7/6/2026. (Handler, Michael) (Entered: 05/01/2026) |

| 06/05/2026 | 84 | ORDER DENYING MOTION TO RECONFIRM REASONABLENESS OF SETTLEMENT AND VACATING JUDGMENT.<br>1. Plaintiffs' Motion to Reconfirm Reasonableness of Settlement, ECF No. 51 , is DENIED;<br>2. The Court finds that the stipulated settlement of 630,187,204 is unreasonable under RCW 4.22.060, and unenforceable against Intervenor General Casualty Company of Wisconsin;<br>3. The Confession of Judgment entered on June 15, 2023, ECF No. 45 , is VACATED and SET ASIDE.<br>Signed by Judge Barbara J. Rothstein.(CJS) (Entered: 06/05/2026) |
| --- | --- | --- |
| 07/02/2026 | 85 | NOTICE OF APPEAL (26-4294) to Ninth Circuit re 84 Order on Motion for Miscellaneous Relief,,, Judgment Index - Update,,, Terminated Case,, by All Plaintiffs. $605, receipt number AWAWDC-9800585 (cc: USCA) (Attachments: # 1 Representation Statement)(Love, Christopher) Modified to add CCA # on 7/7/2026 (BKP). (Entered: 07/02/2026) |
| 07/07/2026 | 86 | TIME SCHEDULE ORDER / USCA CASE NUMBER 26-4294 as to 85 Notice of Appeal, filed by Brian Adolph, Kerri Adolph. (BKP) (Entered: 07/07/2026) |
| 07/16/2026 | 87 | NOTICE OF APPEAL to Ninth Circuit (26-4578) re 84 Order on Motion for Miscellaneous Relief, by Defendants Makaymax Inc, Brandon Reed, Reed Hein & Associates. $605, receipt number AWAWDC-9834099 (cc: USCA) (Lovejoy, Jack) Modified on 7/22/2026 to add CCA#. (RE). (Entered: 07/16/2026) |
| 07/20/2026 | 88 | TIME SCHEDULE ORDER/USCA CASE NUMBER (26-4578) as to 87 Notice of Appeal, filed by Brandon Reed, Makaymax Inc, Reed Hein & Associates. (RE) (Entered: 07/22/2026) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 07/24/2026 10:51:41 | | | |
| **PACER Login:** | christopherlove | **Client Code:** | Adolph |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cv-01378-BJR |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |