**Honorable Tiffany M. Cartwright**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REED HEIN & ASSOCIATES, LLC d/b/a TIMESHARE EXIT TEAM, a Washington limited liability company; MAKAYMAX, INC., a Washington corporation; BRANDON REED, individually, and BRIAN and KERRI ADOLPH, a married couple,

Plaintiffs,

vs.

GENERAL CASUALTY COMPANY OF WISCONSIN, a Wisconsin corporation, RSUI GROUP, INC., a Georgia corporation; and RSUI INDEMNITY COMPANY, INC., a New Hampshire corporation,

Defendants.

No. 2:23-cv-00725-TMC

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO MODIFY THE DISPOSITIVE MOTION DEADLINE**

**THIS MATTER** comes before the Court on Defendants' Joint Motion to Modify the Dispositive Motion Deadline. The Court has reviewed the file and pleadings, including the following:

1.    Defendants' Joint Motion to Modify the Dispositive Motion Deadline, with Exhibit A;

2.    Plaintiffs' Response, if any; and

3.    Defendants' Reply, if any;

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO MODIFY THE DISPOSITIVE MOTION DEADLINE– 1
Case No.:  2:23-cv-00725-TMC

**CLYDE & CO US LLP**
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4. _____

The Court being otherwise duly advised as to the premises, hereby orders as follows:

**IT IS HEREBY ORDERED:**

Defendants' Joint Motion to Modify the Dispositive Motion Deadline is hereby

**GRANTED.**

SIGNED this _____ day of _____, 2026.


_____
THE HONORABLE TIFFANY M. CARTWRIGHT

Presented by:

Clyde & Co US LLP


*s/ Daniel L. Syhre*
Michael D. Handler, WSBA #25654
Daniel L. Syhre, WSBA #34158
Sarah P. Pozzi, WSBA #55744
*Of Attorneys for General Casualty Company of Wisconsin*


SCHEER.LAW PLLC


*s/Jennifer L. Crow*
Jennifer L. Crow, WSBA #43746
Catarina Ferreira, WSBA #56291
*Attorneys for Defendant RSUI Group, Inc. and RSUI Indemnity Company, Inc.*

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO
MODIFY THE DISPOSITIVE MOTION DEADLINE– 2
Case No.:  2:23-cv-00725-TMC

**CLYDE & CO US LLP**
401 UNION STREET, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX